UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case Number: 22-61527-CIV-MARTINEZ

THOMAS PATTI,

    Plaintiff,

v.

REALPAGE INC. d/b/a REALPAGE UTILITY MANAGEMENT INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** is before the Court upon Plaintiff's Notice of Voluntary Dismissal with Prejudice. (ECF No. 9). It is hereby:

**ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice**. This case is **CLOSED** and all pending motions are **DENIED as moot**.

DONE AND ORDERED in Chambers at Miami, Florida, this 22 day of August, 2022.

                                                       JOSE E. MARTINEZ
                                                       UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record